UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHEILA B. HIDALGO AND | * | 3:08-CV-00115-JJB-CN |
| DANIEL M. HILALGO, | * | |
| INDIVIDUALLY AND | * | |
| ON BEHALF OF ELLA A. HIDALGO | * | |
| | * | JUDGE JAMES BRADY |
| VERSUS | * | |
| | * | |
| CENTOCOR, INC | * | MAGISTRATE NOLAND |
| | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41 (a) IT IS HEREBY STIPULATED by undersigned counsel that plaintiffs in the above captioned matter, Sheila B. Hidalgo, Daniel M. Hidalgo, individually and on behalf of Ella A. Hidalgo, no longer seek to prosecute their claims against defendant, Centocor, Inc. in the above styled cause and therefore, plaintiffs respectfully move this Court to enter an order dismissing their action with prejudice, each party to bear their own costs.

Respectfully submitted:

**PUJOL & PRYOR**

/s/ Matthew Pryor
MATTHEW PRYOR (#23903)
12320 La. Highway 44
Building 4, Suite C
Gonzales, Louisiana 70737
Telephone: (225) 644-0607
Facsimile: (225) 644-1688

**Attorney for Plaintiffs, Sheila B. Hidalgo, Daniel M. Hidalgo, individually and on behalf of Ella A. Hidalgo**

-and-

- 1 -

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/  Jeanette F. Mills
JAMES B. IRWIN (#07172)
MONIQUE M. GARSAUD (#25393)
JEANETTE F. MILLS (#28034)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile:  (504) 310-2101

**Attorneys for Defendant, Centocor, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2009 a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to plaintiffs' counsel, Matthew W. Pryor, by operation of the court's electronic filing system.

/s/ Jeanette F. Mills
Jeanette F. Mills (No. 28034)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101
jmills@irwinllc.com

**Attorneys for Defendant, Centocor, Inc.**